UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE #: 1:19-CR-20731-KMM (2)

HEVERT JULIAN GODOY BENALCAZAR,
(PETITIONER)

v.

UNITED STATES OF AMERICA,
(RESPONDENT)
_____/

```
FILED BY_____D.C.

MAR 3 1 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI
```

## STATUS REPORT

COMES NOW, Petitioner requests a status report on his Reconsideration Motion filed

under 18 U.S.C. §3582(c)(1)(A) and (c)(2) for Amendment 821 of the United States Sentencing

Guidelines of 2023. Petitioner filed this motion on September 16th, 2024 and has received no

response back from the courts or the government on this motion. Petitioner files this status report

request.

03-25-25
_____
DATE
(28 USC §1746)

Respectfully submitted,

Pro-se, Hevert Julian Godoy Benalcazar
Register # 51334-018
Federal Correctional Institution-Miami
PO Box 779800
Miami, FL 33177

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Motion has been furnished via U.S.

Postal Service First-Class on this 25th day of March 2025 to:

Clerk of the Court
Wilkie D. Ferguson Jr.
United States Federal Courthouse
400 North Miami Avenue  Room # 8N09
Miami, FL 33128

03-25-25
_____
DATE
(28 USC §1746)

Respectfully submitted,

Pro-se, Hevert Julian Godoy Benalcazar
Register # 51334-018
Federal Correctional Institution-Miami
PO Box 779800
Miami, FL 33177

2

Federal Correctional Institution
FCI Miami
P.O. Box 779800
Miami, FL 33177

Raja Palm PROC 330

WED 26 MAR 2025

FREEDOM · FREEDOM

Clerk of the Court
Wilkie D. Ferguson Jr.
United States Federal Courthouse
400 No. Miami Ave. Room 8N09
Miami, FL 33128

REC'D BY_____D.C.

MAR 3 1 2025

ANGELA E. NOBLE,
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI