Case 1:19.20731-KMM

HEVERT Julian godoy Benalcazar

Reg. No 51334-018

19 CR 20731

FILED BY ___ D.C.
AUG 06 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

United states District Court of
Souther District of Florida
Clerk of court
Wilkie D Ferguson Jr
United states Courthouse
400 North Miami Avenue
Rooms 8 N09 Miami FL 33128

Clerk:

The motive for this letter is to follow up. I Agreed to Cooperat with the gobermment at or before the time of Sentencing the U.S attorneys Office advise the court of. The Nature and extent of the Cooperation 3553 (e) Rule 35 Sub Sequen to Sentencing.

THANTS.

## PART E. FACTORS THAT MAY WARRANT DEPARTURE AND/OR VARIANCE

68. Presentation of information in this section does not necessarily constitute a recommendation by the probation officer for a departure.

69. The defendant has agreed to cooperate with the government. Should the defendant's cooperation rise to the level of substantial assistance, the government may file a motion pursuant to § 5K1.1.

4. The defendant agreed to cooperate with the government. At or before the time of sentencing, the U.S. Attorney's Office will advise the Court of the nature and extent of the cooperation and assistance provided by the defendant pursuant to the cooperation agreement. If the U.S. Attorney's Office determines, in its sole discretion, that the defendant has provided substantial assistance in the investigation or prosecution of other persons who have committed offenses, it may, in its sole discretion, recommend a downward departure pursuant to § 5K1.1 and/or 18 U.S.C. § 3553(e), or Rule 35 subsequent to sentencing.

HEVERT JULIAN Godoy B.

Reg No 51334-018

F.C.I MIAMI

Federal Correctional. INSTITUTION

P.O. BOX 779800

miami F.L 33177

Clerk o

Wilkie D

United

400 Nor

Room

331 Z